AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| GREEN RUSH, LLC, d/b/a XHALE CITY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:23-cv-71-KS-MTP |
| | ) | |
| XHALE TOBACCO & HOOKAH, INC.; X HALE | ) | |
| SMOKE SHOP #3 INC.; XHALE SMOKE 5 INC.; | ) | |
| XHALE SMOKE SHOP 5, Inc.; XHALE SMOKE | ) | |
| SHOP 6 INC.; XHALE SMOKE SHOP INC., et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Moosa Hadwan
612 Maplewood Drive
Hattiesburg, MS  39402

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MATTHEW D. MILLER (MSB #99210)
Copeland, Cook, Taylor, and Bush, PA
P.O. Box 17619
Hattiesburg, MS 39404
110 Sheffield Loop, Hattiesburg, MS 39402

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:   05/10/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| GREEN RUSH, LLC, d/b/a XHALE CITY | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  2:23-cv-71-KS-MTP |
| XHALE TOBACCO & HOOKAH, INC.; X HALE SMOKE SHOP #3 INC.; XHALE SMOKE 5 INC.; XHALE SMOKE SHOP 5, Inc.; XHALE SMOKE SHOP 6 INC.; XHALE SMOKE SHOP INC., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   X HALE SMOKE SHOP #3 INC.
c/o Mohamed Ali Hadwan, Registered Agent
503 Cox Ave
Hattiesburg, MS  39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MATTHEW D. MILLER (MSB #99210)
Copeland, Cook, Taylor, and Bush, PA
P.O. Box 17619
Hattiesburg, MS 39404
110 Sheffield Loop, Hattiesburg, MS 39402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:   05/10/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| GREEN RUSH, LLC, d/b/a XHALE CITY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:23-cv-71-KS-MTP |
| | ) | |
| XHALE TOBACCO & HOOKAH, INC.; X HALE | ) | |
| SMOKE SHOP #3 INC.; XHALE SMOKE 5 INC.; | ) | |
| XHALE SMOKE SHOP 5, Inc.; XHALE SMOKE | ) | |
| SHOP 6 INC.; XHALE SMOKE SHOP INC., et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  XHALE SMOKE 5, INC.
c/o Moosa Hadwan, Registered Agent
612 Maplewood Drive
Hattiesburg, MS  39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MATTHEW D. MILLER (MSB #99210)
Copeland, Cook, Taylor, and Bush, PA
P.O. Box 17619
Hattiesburg, MS 39404
110 Sheffield Loop, Hattiesburg, MS 39402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  05/10/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | |
|---|---|
| GREEN RUSH, LLC, d/b/a XHALE CITY<br><br>*Plaintiff(s)*<br><br>v.<br><br>XHALE TOBACCO & HOOKAH, INC.; X HALE SMOKE SHOP #3 INC.; XHALE SMOKE 5 INC.; XHALE SMOKE SHOP 5, Inc.; XHALE SMOKE SHOP 6 INC.; XHALE SMOKE SHOP INC., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-71-KS-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   XHALE SMOKE SHOP 5, INC.
c/o Moosa Hadwan, Registered Agent
612 Maplewood Drive
Hattiesburg, MS  39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MATTHEW D. MILLER (MSB #99210)
Copeland, Cook, Taylor, and Bush, PA
P.O. Box 17619
Hattiesburg, MS 39404
110 Sheffield Loop, Hattiesburg, MS 39402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:   05/10/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| GREEN RUSH, LLC, d/b/a XHALE CITY | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:23-cv-71-KS-MTP |
| | ) | |
| XHALE TOBACCO & HOOKAH, INC.; X HALE | ) | |
| SMOKE SHOP #3 INC.; XHALE SMOKE 5 INC.; | ) | |
| XHALE SMOKE SHOP 5, Inc.; XHALE SMOKE | ) | |
| SHOP 6 INC.; XHALE SMOKE SHOP INC., et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   XHALE SMOKE SHOP 6 INC.
c/o Maud Hadwan, Registered Agent
403 Idlewild Drive
Hattiesburg, MS  39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MATTHEW D. MILLER (MSB #99210)
Copeland, Cook, Taylor, and Bush, PA
P.O. Box 17619
Hattiesburg, MS 39404
110 Sheffield Loop, Hattiesburg, MS 39402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:   05/10/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| GREEN RUSH, LLC, d/b/a XHALE CITY | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  2:23-cv-71-KS-MTP |
| XHALE TOBACCO & HOOKAH, INC.; X HALE SMOKE SHOP #3 INC.; XHALE SMOKE 5 INC.; XHALE SMOKE SHOP 5, Inc.; XHALE SMOKE SHOP 6 INC.; XHALE SMOKE SHOP INC., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  XHALE SMOKE SHOP INC.
c/o Imaduddin Aiyaash, Registered Agent
608 Bramblewood Drive
Hattiesburg, MS  39402


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MATTHEW D. MILLER (MSB #99210)
Copeland, Cook, Taylor, and Bush, PA
P.O. Box 17619
Hattiesburg, MS 39404
110 Sheffield Loop, Hattiesburg, MS 39402


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  _____05/10/2023_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| GREEN RUSH, LLC, d/b/a XHALE CITY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:23-cv-71-KS-MTP |
| | ) | |
| XHALE TOBACCO & HOOKAH, INC.; X HALE | ) | |
| SMOKE SHOP #3 INC.; XHALE SMOKE 5 INC.; | ) | |
| XHALE SMOKE SHOP 5, Inc.; XHALE SMOKE | ) | |
| SHOP 6 INC.; XHALE SMOKE SHOP INC., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   XHALE TOBACCO & HOOKAH, INC.
c/o Moosa Hadwan, Registered Agent
129 Beechwood Drive
Hattiesburg, MS  39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MATTHEW D. MILLER (MSB #99210)
Copeland, Cook, Taylor, and Bush, PA
P.O. Box 17619
Hattiesburg, MS 39404
110 Sheffield Loop, Hattiesburg, MS 39402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:   05/10/2023

*Signature of Clerk or Deputy Clerk*